———o———

JOHN D. TORLINA *et al.*, Plaintiffs in Error, *vs.* WESTERN MUTUAL FIRE AND MUTUAL FIRE & MARINE INSURANCE COMPANY, Defendant in Error.

1. Writ of error dismissed for failure to file statement and brief.

*Error to St. Louis Circuit Court.*

*Hill & Bowman,* for Plaintiffs in Error.

*Cline, Jamison & Day,* for Defendant in Error.

WAGNER, Judge, delivered the opinion of the court.

The plaintiff in error has failed to file a statement and brief as required by law. The writ will therefore be dismissed; all the judges concur.